DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC MICHAEL SEDORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3659

_____

September 24, 2021

Appeal from the Circuit Court for Sarasota County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.